

# MARGARET M. SHALLEY
## & ASSOCIATES, LLC

OF COUNSEL:
JAMES M. BRANDEN
JAMES SHALLEY

**MEMO ENDORSED**

February 6, 2020

**VIA ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

        Re:   *United States v. Beniquez*
              18 Cr. 236 (KPF)

Dear Judge Failla:

      I represent Armando Beniquez, the defendant in the above-referenced matter. Mr. Beniquez was sentenced by the Court on December 10, 2019, and ordered to self-surrender on February 7, 2020. The purpose of this letter is to respectfully request an additional two weeks for Mr. Beniquez to surrender. Mr. Beniquez has not been designated by the Bureau of Prisons ("BOP"). This is Mr. Beniquez's first request for a delay of his surrender date. Accordingly, it is respectfully requested that Mr. Beniquez's surrender be delayed to February 21, 2020. The Court's time and consideration of this matter are greatly appreciated.

                                    Respectfully submitted,

                                      / s /

                                    Margaret M. Shalley

cc:    AUSA Ryan B. Finkel (*via ECF*)

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
(212) 571-2670 • 1FAX (212) 566-8165
MARGARETSHALLEY@AOL.COM

Application GRANTED.  Defendant Beniquez shall surrender on February 21, 2020.

Dated: February 6, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE