# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
212-571-2670 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

April 3, 2020

**VIA ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

                    Re:     United States v. Beniquez
                                18 Cr. 236 (KPF)

Dear Judge Failla:

      I represent Armando Beniquez, the defendant in the above-referenced matter. Attached, please find an executed Waiver of Appearance form for Mr. Beniquez. The Court's time and attention to this matter are greatly appreciated.

                                                      Respectfully submitted,

                                                      / s /

                                                      Margaret M. Shalley

cc:     AUSA Ryan Finkel (*via ECF*)