UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ARMANDO BENIQUEZ,

Defendant.

18 Cr. 236 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Ona April 14, 2020, Defendant Armando Beniquez requested that the Bureau of Prisons (the "BOP") grant him a 30-day furlough pursuant to 18 U.S.C. § 3622.  On April 16, 2020, the Court issued an Order recommending that the Bureau of Prisons ("BOP") give Defendant's furlough application serious consideration as soon as was practicable.  (Dkt. #83).  Defendant's counsel wrote to the Court on May 20, 2020, reporting that Defendant had not yet received a decision from the BOP concerning his furlough application.  (Dkt. #88).  Defendant requested that the Court set a deadline of May 25, 2020 for the BOP to decide Defendant's furlough request.

Since that time, the Court has attempted, without success, to determine when the BOP intended to address Defendant's furlough application.  As of the date of this Order, issued 53 days after the Court's Order recommending that the BOP decide the furlough application as soon as is practicable, the furlough application remains pending.  The Court hereby ORDERS the BOP to decide Defendant's furlough application on or before June 23, 2020.

SO ORDERED.

Dated:   June 8, 2020
      New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge